UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY C. VANOSTRAND,<br><br>Defendant. | Case No.  9:21-PO-5066-KLD<br>9:22-PO-5019-KLD<br><br>JUDGMENT IN A CRIMINAL CASE |

On October 4, 2022, Defendant Cody Vanostrand appeared before the Court for the purpose of entering a plea in this matter pursuant to the terms of a written plea agreement. (Doc. 9 in 9:22-po-5019-KLD). Defendant entered a plea of guilty to the charge of (1) cutting or otherwise damaging any timber, tree, or other forest product except as authorized in violation of 36 C.F.R. § 261.6(a) (citation FBDW00G7) and (2) placing a vehicle or other object in such a manner that it is an impediment or hazard to the safety or convenience of any person in violation of 36 C.F.R. § 261.10(f) (citation FBDW00HP).

The Court accepted Defendant's plea. Therefore, the Court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1.	The Court imposes a six-month suspended jail sentence with the conditions that Defendant obey all laws and that Defendant is prohibited from accessing United States Forest Service land for six months from the date of sentencing. This period runs concurrent with Defendant's sentence in case 9:21-PO-5023, which expires on June 25, 2023.

2.	Defendant shall pay a mandatory assessment of $10 for each of the two charges pursuant to 18 U.S.C. § 3013(a)(1)(A)(ii) of the Comprehensive Criminal Control Act and a mandatory processing fee of $30 for each of the two charges, for a total amount due of $80.00. Defendant has an $18 credit on a previous violation. With that credit, Defendant now owes $62. The $62 now owing shall be paid as follows: $20 to be paid on or before November 5, 2022; $20 to be paid on or before December 5, 2022; $22 to be paid on or before January 5, 2023.

Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Alternatively, Defendant may pay online at www.cvb.uscourts.gov.

DATED this 4th day of October, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge